IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMUEL TOBIN McKAIG,**
**ADC #177380**                                                                                                                  **PETITIONER**

**V.**                              **4:22CV01213 JM-JJV**

**STATE OF ARKANSAS**                                                          **RESPONDENT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Joe J. Volpe. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff was ordered to pay the $5 filing fee or file a proper and complete motion to proceed *in forma pauperis*. While Plaintiff has finally filed a completed calculation sheet, he has failed to file the first two pages of the *in forma pauperis* motion with it. The motion is not complete. Therefore, the case will be dismissed without prejudice.

Plaintiff's complaint is DISMISSED without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of February, 2023.

                                                                                     _____
                                                                             UNITED STATES DISTRICT JUDGE